John Zinn 349704
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

