NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZINN, | No. C 08-0634 JF (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| LEE ANN CHRAVES,, | |
| Respondent. | |

The Court has dismissed this habeas action without prejudice for Petitioner's failure to file a completed in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 3/31/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.Jf\HC.08\Zinn634jud.wpd