OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Corrigan-Radgowski CC
RETURN TO SENDER
Item refused for:
___ No Inmate Number
___ Invalid Inmate Number
___ No Longer in Custody
_X_ Contents Not Approved
___ Proper Paperwork Not Attached
___ Other _____

$ 00.58
MAR 31 2008
MAILED FROM ZIP CODE 95113

FILED
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Lipp
[address redacted]
Corrigan Correctional Institution

NIXIE      064    DE    1       00  04/05/08

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 95113300837          *2856-05210-31-40*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN ZINN, | No. C 08-0634 JF (PR) |
|---|---|
| Petitioner, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| LEE ANN CHRAVES, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 28, 2008, the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court provided a copy of the correct form for application to proceed in forma pauperis, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days.

On March 24, 2008, the Court's notice was returned by mail with a notation that Petitioner is no longer in custody. As of the date of this order, Petitioner has not paid the filing fee, filed a completed in forma pauperis application, or communicated with the Court.

///

1  Accordingly, the instant habeas action is DISMISSED without prejudice for Petitioner's
2  failure to pay the filing fee or file a completed in forma pauperis application. The Clerk shall
3  terminate any pending motions and close the file.

4     IT IS SO ORDERED.
5  Dated:  3/31/08

   _____
   JEREMY FOGEL
6  United States District Judge

United States District Court

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Jf\HC.08\Zinn634disifp.wpd           2

```
MIME-Version:1.0
From:ECF-CAND@cand.uscourts.gov
To:efiling
Message-Id:<4260036@cand.uscourts.gov>
Bcc:
Subject:Activity in Case 5:08-cv-00634-JF Zinn v. Chraves Order Dismissing Case
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**
California Northern District

Notice of Electronic Filing
The following transaction was entered  on 3/31/2008 8:37 AM  and filed on
3/31/2008

Case Name: Zinn v. Chraves
Case Number: 5:08-cv-634 https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?199957

Filer:
WARNING: CASE CLOSED on 03/31/2008

Document Number: 4
Copy the URL address from the line below into the location bar of your Web
browser to view the document: Document: https://ecf.cand.uscourts.gov/doc1/03504449036?magic_num=MAG

Docket Text:
ORDER DISMISSING CASE.  Signed by Judge Jeremy Fogel on 3/31/08. (jfsec,
COURT STAFF) (Filed on 3/31/2008)
5:08-cv-634 Notice has been electronically mailed to:


5:08-cv-634 Notice has been delivered by other means to:
John Zinn
349704
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382


The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: G:\JFALL\PDFtoEFile\08-634.pdf
 Electronic document Stamp:
 [STAMP CANDStamp_ID=977336130 [Date=3/31/2008] [FileNumber=4260035-0] [6878d0e905705f4c25e2d2e59dba
```

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZINN, | No. C 08-0634 JF (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| LEE ANN CHRAVES,, | |
| Respondent. | |

The Court has dismissed this habeas action without prejudice for Petitioner's failure to file a completed in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 3/31/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.Jf\HC.08\Zinn634jud.wpd

## Other Orders/Judgments
5:08-cv-00634-JF Zinn v. Chraves **CASE CLOSED on 03/31/2008**
CLOSED, E-Filing, HABEAS, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available.***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 3/31/2008 8:43 AM and filed on 3/31/2008
**Case Name:**   Zinn v. Chraves
**Case Number:**   5:08-cv-634
**Filer:**
**WARNING: CASE CLOSED on 03/31/2008**
**Document Number:**   5

**Docket Text:**
**JUDGMENT. Signed by Judge Jeremy Fogel on 3/31/08. (jfsec, COURT STAFF) (Filed on 3/31/2008)**

**5:08-cv-634 Notice has been electronically mailed to:**

**5:08-cv-634 Notice has been delivered by other means to:**

John Zinn
349704
Corrigan Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\JFALL\PDFtoEFile\08-634judg.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=3/31/2008] [FileNumber=4260041-0]
[7c3e19becfe9697f414280eba64c504ba64c1c985e5bbf01e784f5a3dd0522626b092
54ac0485c0df36f09f3bf7833c8f24843c667b5b0fcf73c214e1bd21077]]